
# SUPREME COURT OF ARKANSAS

IN RE SHEILA RUSSELL, COURT REPORTER

**Opinion Delivered** February 26, 2015

AMENDMENT TO ORDER APPOINTING SPECIAL MASTER

**PER CURIAM**

By per curiam order dated February 17, 2015, this court appointed the Honorable John Mauzy Pittman as special master to preside over contempt proceedings involving court reporter Sheila Russell for her failure to comply with the writ of certiorari to complete the record issued by this court in the appeal of *James Tree and Crane Service, Inc. v. Fought*, No. CV-14-585. It has come to our attention that Russell has been tardy in the preparation of records in other cases that are being appealed. Therefore, we direct the special master to inquire into the status of the record preparation not only in CV-14-585 but also in other cases for which Russell has the responsibility to prepare and complete the record. Specifically, we ask the special master to ascertain and make findings as to the degree that Russell has completed the records, whether she can be expected to complete the records within a reasonable time, or whether it may be necessary for another certified court reporter to assume the task of completing the records. In addition, and in the event that Russell cannot complete

SLIP OPINION

the records within a reasonable time, we direct the special master to determine and make findings whether Russell is in possession of any unearned fees remitted by the appealing parties.

It is so ordered.